FILED

UNITED STATES DISTRICT COURT 2003 OCT 15 P 12: 03

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER<br>CIVIL NO. 3:00CV1866 (CFD)(WIG) |
| V. | : | |
| BRIAN S. KARPE, ET Al. | : | OCTOBER 10   2003 |

## MOTION FOR ORDER COMPELLING DISCLOSURE

The defendants Brian Karpe et al., by and through their undersigned counsel and pursuant to Rule 37(a), F.R.Civ.P., respectfully request the Court to order the plaintiff to answer the Interrogatories and Requests for Production issued to him in 2001, and to provide the defendants with a medical records release to permit them to obtain records of his medical and psychiatric condition alleged in this case.

DEFENDANTS
Brian Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of October, 2003:

Thomas Browdy #68325
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Robert F. Vacchelli
Assistant Attorney General