UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 27 P 5:21

Thomas Browdy          : (Civil No. 3:00cv1866(CFD)(HBF))
                       :
     v.                :
                       :
Brian S. Karpe, et al. : October 21, 2003

**Motion In Opposition of Defendants'
Motion for Order Compelling Disclosure**

The plaintiff hereby moves the court to deny the defendants' disclosure request compelling disclosure, pursuant to Rule 16(c), Fed. R. Civ. P. for failing to do so within 90 days of the court order dated April 3, 2002.

The defendants' could have requested an extension of time as they requested to respond to the plaintiff's cross motion in opposition of their motion to dismiss, but failure to respond to order deadline and seek to reply to the order deadline over a year later and a civil action filed September 28, 200 and that the court has set two scheduling order deadline, since then.

Page 2

The defendants' motion to disclosure, compelling is prejudicial, untimely, and causing a delay in the proceeding, knowing there was a 90 day deadline for discovery procedure.

WHEREFORE, the plaintiff pray that the court grant the herein motion and compell the defendants to respond to the pleading on record with undue del.

By: *[signature]*
Thomas Browdy
287 Bilton Rd.
Somers, Ct. 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21 day of October, 2003:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105

*[signature]*
THOMAS BROWDY