

FILED
2003 OCT -9 P 12:28
US DIST

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER

| | |
|---|---|
| THOMAS BROWDY | : CIVIL NO. 3:00 CV 1866 (CFD) |
| V. | : |
| BRIAN S. KARPE, ET AL. | : OCTOBER 8, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, Brian S. Karpe, et al., by and through their undersigned counsel, respectfully move the Court to allow the defendants a 30 day extension of time, to and including November 14, 2003, within which to file a response to plaintiff's Motion for Summary Judgment in the above case.

The additional time is needed because recent family health emergencies have prevented the undersigned from working on the file.

This is the defendants' first request with respect to this deadline. The Plaintiff, pro se inmate could not be contacted in advance of this writing.

**WHEREFORE**, the defendants request a 30 day extension of time, to and including November 14, 2003, within which to respond to plaintiff's Motion for Summary Judgment.

*MOTION is SO ORDERED. 10/22/03*
*WILLIAM I. GARFINKEL, U.S.M.J.*

FILED 2003 OCT 22 P 4:25