FILED

2003 NOV 12 P 5:40

US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | NOVEMBER 10, 2003 |

## DEFENDANTS' LOCAL RULE 56(a)1 STATEMENT

The defendants, Brian Karpe, et al., by and through their undersigned counsel and pursuant to Local Rule 56(a) 1, Rules of the United States District Court for the District of Connecticut, submit the following statements of material facts as to which they contend there is no genuine issue to be tried:

1.  The plaintiff is an inmate of the Connecticut Department of Correction, Northern Correctional Institution, currently serving a sentence for Larceny in the Second Degree, Failure to Appear in the First Degree, Conspiracy, Larceny in the Third Degree, Criminal Attempt and Larceny in the Third Degree. See Mittimuses, Exhibit A.

2.  The defendant, Brian Karpe, at all times referenced in plaintiff's Amended Complaint, was a Special Public Defender appointed to represent the plaintiff against criminal charges in the case of State v. Thomas Browdy, No. CR-99-0168971. See Docket Sheets, Exhibit B.

3.  The defendant, Gerard A. Smyth at all times referenced in plaintiff's Amended Complaint, was the Chief Public Defender for the State of Connecticut.

4.     In 2000, plaintiff wanted Mr. Karpe to request a competency examination for plaintiff. Mr. Karpe did not feel there were grounds for such a request. Plaintiff had a heated argument with Mr. Karpe and did not want Mr. Karpe to represent him in the case. Accordingly, Mr. Karpe moved to withdraw and plaintiff sought to represent himself. Mr. Karpe's Motion To Withdraw was not granted. Tr. of 2/18/00, Exhibit C.

5.     On February 23, 2000 Mr. Karpe again tried to withdraw, but, again, his motion was not granted. Plaintiff was willing to either hire a different attorney or represent himself in the case. Tr. of 2/23/00, Exhibit D.

6.     On March 23, 2000, in a proceeding before Judge Jorge A. Simon of the Manchester Superior Court, plaintiff pled guilty to conspiracy to commit larceny in the fifth degree in violation of Conn. Gen. Stat. § 53a-48, 53-125a. He also pled guilty to a second count of conspiracy to commit larceny in the fifth degree in violation of Conn. Gen. Stat. § 53a-48, 53a-125a and to being a persistent larceny offender. After a canvass, while he was represented by Mr. Karpe, plaintiff testified that he understood what he was doing, and did so without force or threat and that he was not under the influence of alcohol or drugs. The Court imposed a sentence of twenty-four (24) months on the persistent larceny offender charge to run consecutive to a two (2) month sentence on the larceny charges for a total effective sentence of twenty-six (26) months to serve. Tr. of 3/23/00, Exhibit E.

7.  Plaintiff served his sentence in that case and he was discharged from the Northern Correctional Institution on September 24, 2001. See Department of Correction Movements Record, Exhibit F.

8.  At no time while plaintiff was purporting to represent himself or arranging for a new attorney, did he request a competency evaluation. See Docket Sheets, supra.

9.  There is nothing in the record which would suggest that plaintiff's criminal case would have been resolved any differently even if plaintiff had requested a competency examination, other than a delay in proceedings caused by any such request. Conn. Gen. Stat. § 54-56d(d).

10. Any such delay would have been unjustified because it has now been judicially determined that plaintiff's competency was not adversely affected by any mental health issues or medication regimen at the time, and that Mr. Karpe did all that he could have done to represent his client's interests. Brody v. Warden, No. CV-00-0003202 (Memorandum, March 6, 2003) (Appeal Pending A.C. No. 24522), Exhibit G.

11. Plaintiff raised, or had the opportunity to raise, the exact same issues in a habeas case which he filed in Connecticut Superior Court in 2000 under a different spelling of his last name. That case resulted in a judgment denying the petition on its merits. Brody v. Warden, supra.

12. There is nothing in the record to suggest that the defendant Smyth failed to provide any required proper training to the defendant Karpe, nor that he knew or should have known of any such circumstance.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 10th day of November, 2003:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

4

# EXHIBIT A

# MITTIMUS JD-CR-38 Rev. 10-01

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

#68325

☒ JUDGMENT  ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO:** Any Proper Officer

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

AKA BROWDY, Thomas D.

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION | DATE SENTENCE TO BEGIN (if different) |
|---|---|---|---|---|
| CR02-556305 | BRODY Thomas | 8/13/57 | 10/31/02 | |

**NAME AND LOCATION OF RECEIVING FACILITY:** MWC

**NAME AND LOCATION OF COURT:** SUP. CT. GA #14, 101 LAFAYETTE ST., HARTFORD, CT

☒ CRIME(S) CONVICTED
☐ CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 53a-123 | 1-4-02 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| 53a-172 | 2-11-02 | | |
| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 32 mos. | | 32 mos. | | | | 32 months |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Cnts to run conc. w/each other + conc. w/ present sentence

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ The Defendant is entitled to sentence credit of _____
☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT (Name and address of court)  ☐ J.D.  ☐ G.A.  ON (Date)  SURETY BOND AMOUNT

**BY AUTHORITY OF THE STATE OF CONNECTICUT,** you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED (Assistant Clerk) _____ By Order of the Court  ON (Date) 10/31/02

RECEIVING FACILITY TIME STAMP: 2002 Received Northern C.I. Record's Office

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

TITLE OF DELIVERING OFFICER  SIGNATURE OF DELIVERING OFFICER  SIGNATURE OF RECEIVING OFFICER

# MITTIMUS  JD-CR-38 Rev. 10-01

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

☒ JUDGMENT  ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.state.ct.us

#68325

DATE OF DISPOSITION: 10/25/02

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| M02-212798 | Thomas Brody | 8-12-57 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| New Haven | GA7 54 W. Main St Meriden |

☒ CRIME(S) CONVICTED
☐ CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 53a-48 53a-134 | 7-20-02 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |
| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 3 yrs | | | | | | 3 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

3 years concurrent 212420 + pres sent.

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ The Defendant is entitled to sentence credit of _____
☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is willful.

SIGNED (Assistant Clerk) _____  By Order of the Court  ON (Date) 10/25/02

RECEIVING FACILITY TIME STAMP: OCT 2002 Received Northern C.I. Record's Office

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |
|---|---|---|
| | | |

# MITTIMUS  JD-CR-36 Rev. 10-01

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76,
18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

☑ JUDGMENT ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS
    OF RELEASE UNDER 54-2a

**TO:** Any Proper Officer

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

DATE OF DISPOSITION: 10-25-02

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| MO-212420 | Thomas Brady | 8-12-5? | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| New Haven | MP 7 54 W. Main St Meriden |

☑ CRIME(S) CONVICTED
☐ CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 53a-49 53a-124 | 7-22-02 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 3 yrs | | | | | | 3 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

3 years concurrent 212798 + pres. sent.

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ The Defendant is entitled to sentence credit of _____
☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court)) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED (Assistant Clerk) /s/   By Order of the Court   ON (Date) 10-25-02

RECEIVING FACILITY TIME STAMP: OCT 2002 Received Northern C.I. Record's Office

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

| NAME AND LOCATION OF RECEIVING FACILITY | | |
|---|---|---|
| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |

# EXHIBIT B

| JD-CR-71 DP REV. 11/98 | | STATE OF CONNECTICUT SUPERIOR COURT | | DOB: 08/02/1956 |
|---|---|---|---|---|
| ORIGINAL INFORMATION: YES | COURT DATE: 07/27/1999 AT: GA12 – MANCHESTER | | DISPOSITION DATE: | DOCKET NO.: CR99-0168971-S |

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that

MAY 31 2000

BROWDY THOMAS
NCA, HARTFORD, CT 00000

**Did commit the crimes recited below:**

Count: 001  LARCENY 5TH DEG  Type/Class: M/B  At: MANCHESTER
  On or About: 07/26/1999  In Violation Of CGS/PA No: 53a-125a

Count: 002  LARCENY 5TH DEG  Type/Class: M/B  At: MANCHESTER
  On or About: 07/26/1999  In Violation Of CGS/PA No: 53a-125a

Count: 003  INTERFERE WITH OFFCR/RESISTING  Type/Class: M/A  At: MANCHESTER
  On or About: 07/26/1999  In Violation Of CGS/PA No: 53a-167a

X SEE OTHER SHEETS FOR ADDITIONAL COUNTS

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE) 7-27-99
BOND 25,000
ATTY. PUB. DEFENDER: Crupi / Ferrucci

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT PENDING | FINE | XX DAYS IN X JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 001 | AUG 20 1999 | NG | 3/23/00 | G | | | PLO | 24 MONTHS |
| 002 | AUG 20 1999 | NG | | | | | Consecutive to count #4 | Nolle |
| 003 | AUG 20 1999 | NG | | | | | concurrent #5 | Nolle |

**OTHER COURT ACTION**

7/27 APPLICATION FOR PUBLIC DEFENDER GRANTED / DENIED
GA - P.C. Found
9-13-99 Motion for Speedy Trial
" Motion to Dismiss
9-14-99 Motion for Speed Trial – no action – Smith J
9/30/99 Att. Kaupi to be appt as Special P.D.
Motion for Speedy Trial → no action
Motion to Dismiss

**CONTINUANCES**
1. 8-20-99  3/7/00
2. 9-14-99 X 4/4
3. 9-30-99 5/3/0
4. 10/7/99
5. 10/29/99
6. 11-29-99 X
7. 12-21-99
8. 1-27-00 J
9. 3-7-00 J
10. 2-18-00 J
2-23-00 J
SEE REVERSE

JD-CR-71 DP REV. 11/98

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

ORIGINAL INFORMATION: YES
COURT DATE: 07/27/1999
AT: GA12 — MANCHESTER
DOB: 08/02/1956
DISPOSITION DATE:
DOCKET NO.: CR99-0168971-S

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that

BROWDY THOMAS
NCA, HARTFORD, CT 00000

Did commit the crimes recited below:

Count: 004  CONSPIRACY TO COMMIT LARCENY 5TH DEG
On or About: 07/26/1999
Type/Class: M/B  53a-125a  At: MANCHESTER
In Violation Of CGS/PA No: 53a-48

Count: 005  CONSPIRACY TO COMMIT LARCENY 5TH DEG
On or About: 07/26/1999
Type/Class: M/B  53a-125a  At: MANCHESTER
In Violation Of CGS/PA No: 53a-48

Count: 006  CRIMINAL IMPERSONATION
On or About: 07/26/1999
Type/Class: M/B  At: MANCHESTER
In Violation Of CGS/PA No: 53a-130

X SEE OTHER SHEETS FOR ADDITIONAL COUNTS

**COURT ACTION**

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT PENDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 004 | AUG 20 1999 | NG | MAR 23 2000 | G | g | | | 2 months |
| 005 | AUG 20 1999 | NG | MAR 23 2000 | G | g | | | 2 months |
| 006 | AUG 20 1999 | NG | | | | | | Nolle |

990954WW

OTHER COURT ACTION
DATE: 3/23/00

Court finds accused understands charge and rights and pleaded voluntarily.
Accused canvassed for drugs and alcohol.
Accused advised of immigration rights.

JUDGE: Simon J

JD-CR-71 DP REV. 11/98

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

ORIGINAL INFORMATION: YES    COURT DATE: 07/27/1999   AT: GA12 — MANCHESTER

DOB: 02/1956
DISPOSITION DATE:
DOCKET NO.: CR99-0168971-S

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that

BROWDY THOMAS
NCA, HARTFORD, CT 00000

**Did commit the crimes recited below:**

Count: 007   FORGERY 3RD DEG
On or About: 07/26/1999
Type/Class: M/B   At: MANCHESTER
In Violation Of CGS/PA No: 53a-140

Count: 008   FLR COMPLY FINGERPRINT REQS
On or About: 07/26/1999
Type/Class: V   At: MANCHESTER
In Violation Of CGS/PA No: 29-17

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

**COURT ACTION**

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT PENDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 007 | AUG 20 1999 | NG | | | | | XXXXXX | Nolle |
| 008 | AUG 20 1999 | NG | | | | | | Nolle |

Seized Property: 990954WW

CK99-166711

**CRIMINAL INFORMATION-PART**
JD-CR-72  Rev. 5-93
C.G.S. 54-62
Pr. Bk. 618, 619, 648

SUPERIOR COURT, STATE OF CONNECTICUT

STATE OF CONNECTICUT

v.

Thomas Browdy

SUPERIOR COURT __GA 12__
AT __Manchester__
Persist. Law-Offender ON __Aug. 19__ 19__99__

## SECOND PART OF INFORMATION
(PART B)

The undersigned, prosecuting authority of the said Court for the above captioned G.A. on his oath of office, complains that the above-named defendant was formerly convicted for having previously committed the offense set out in the first part of this Information or that the above-named individual is charged with an offense in the first part of this Information for which the undersigned seeks an enhanced penalty, and charges that heretofore to wit:

1. On __Jan. 2__ 19__92__ in the __☒ GA 14__ (Court), held at __Hartford__ (Town or City), the above-named defendant was convicted of the offense of __Larc. 6__, in accordance with C.G.S. § __53a-125b__

2. On __Feb. 18__ 19__92__ in the __GA 11__ (Court), held at __Enfield__ (Town or City), the above-named defendant was convicted of the offense of __Larc 5__, in accordance with C.G.S. § __53a-125a__

Dated __8·19·99__                                  _____
                                                   Deputy Assistant State's Attorney

---

### DOCKET

Continued to _____    Bond $ _____
Guardian or
Attorney _____
                                      Tried by: Court ____ Jury 6 ____ 12 ____
                                      (Do not enter disposition
                                      here, see below*)

FINDING, OR VERDICT, ON PART B ONLY

| Offense Charged Above | Plea | Verdict or Finding | Time and Date of Verdict or Judgment |
|---|---|---|---|
| 1. 53a-125 | G | G | 3/23/00 12:40pm |
| 2. | | | |

Court Reporter: __Conrado__        Judge: __Simon, J__

### CERTIFICATION

This is to certify that, prior to the time the defendant entered a guilty plea or, if the defendant plead not guilty, prior to the commencement of trial, the above-named defendant was notified, in the absence of the court, of the contents of this second part of the Information, on the day and at the time and place following:

__8/20/99__  __10AM__  __Manchester__
Date         Time       Place

_____
Clerk of said Court

*Enter disposition on substitute information,
if any: if none, enter disposition on original
Information or Summons.