UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | NOVEMBER 14, 2003 |

### SUPPLEMENT TO DEFENDANTS' LOCAL RULE 56(a)1 STATEMENT

The defendants, Brian Karpe, et al., by and through their undersigned counsel and pursuant to Local Rule 56(a) 1, Rules of the United States District Court for the District of Connecticut, submit the following addition to their statements of material facts as to which they contend there is no genuine issue to be tried:

13. The attached transcripts and exhibits, marked as Exhibit N, are true copies of documents of record in the case of Brody v. Warden, No. CV 00-3202, a state court petition for writ of habeas corpus wherein the plaintiff complained of ineffective assistance of counsel by the defendant, Brian Karpe, raising the same complaints as in the above captioned case, and which resulted in a judgment against the plaintiff. The attached documents consist of Transcripts of trial proceedings on March 15, and April 4, 2001 and March 5, 2003 in Brody v. Warden; List of Exhibits sheet; and exhibits in the case consisting of Exhibit C, Transcript of February 18, 2000; Exhibit D, Transcript of February 23, 2000; Exhibit E, Transcript of March 23, 2000; Exhibit 2, Police Report; Exhibit 3, Investigators Report; Exhibit 6, Motions; Exhibit 7, Motions; ID

Envelope with ID exhibits consisting of ID Exhibit 1, Transcript of March 7, 2000; ID Exhibit 4, Witness Statement; and ID Exhibit 8; RapSheet.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 14th day of November, 2003:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2

# EXHIBIT N