FILED

2003 NOV 12 P 5:40

US DISTRICT COURT BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | NOVEMBER 10, 2003 |

### DEFENDANTS' LOCAL RULE 56(a)2 STATEMENT

The defendants, Brian Karpe, et al., submit the following in response to the plaintiff's Statement of Undisputed Facts.

**I.    AS TO PLAINTIFF'S STATEMENT:**

1.    As to the First unnumbered paragraph, the defendants agree that the defendant, Brian Karpe, represented the plaintiff, at times, in the case of State of Connecticut v. Thomas Browdy, No. CR-99-168971, as plaintiff's Special Public Defender. The rest of the allegations are denied.

2.    As to the Second unnumbered paragraph, the defendants agree that the plaintiff was incarcerated at the Northern Correctional Institution in 2000. The rest and remainder is denied as plaintiff has not answered interrogatories or supplied a medical records release as requested in 2001.

3.    Plaintiff's Third and Forth unnumbered paragraphs are denied.

4. As to plaintiff's Fifth unnumbered paragraph the defendants agree that on February 15, 2000, that Defendant Karpe's Motion to Withdraw from the case was denied. The rest and remainder is denied.

5. Plaintiff's allegation in the Sixth through the end paragraph are denied.

## II. MATERIAL FACTS IN DISPUTE

The defendants dispute plaintiff's contentions that he was not properly represented by the defendant Karpe; that defendants denied plaintiff any rights under the Americans With Disabilities Act any other rights alleged; or that the defendant acted wrongfully in any relevant regard alleged.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 10TH day of November, 2003:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

_____
Robert F. Vacchelli
Assistant Attorney General

3