FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -2 P 5:21

US DISTRICT COURT
BRIDGEPORT CT

Thomas Brown          :   No. 3:00CV1866 (CFD)
                      :
                      :
vs                    :
                      :
Bean Sharpe, et al    :   November 21, 2003

**Plaintiff's Motion In Opposition To Defendants' Cross-Motion For Summary Judgment**

The plaintiff hereby move the Court to dismiss the defendants' cross motion for summary judgment, and render summary judgment in favor of the plaintiff is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c)

Defendants fail to establish an adequate evidentiary basis and necessary facts in the manner required by the rules. Fed. R. Civ. P. 56(e).

Defendants' factual disputes are irrelevant under the governing law (A.D.A.).

- Two -

Defendants' summary judgment is excluded under a scheduling order deadline for filing motions for summary judgment. Fed. R. Civ. P. 16(C). See attachment-A

PLAINTIFF
Thomas Beaudry

By: /s/ Thomas Beaudry
Thomas Beaudry
25 P__ St.
Somers, Ct. 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, to the following on this 21 day of November, 2003.

Robert F. Vacchelli
Assistant Attorney General
110 Sherman St.
Hartford, Ct. 06105

/s/ Thomas Beaudry
THOMAS BEAUDRY - Pro Se