FILED

2003 DEC -3 P 12: 14

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | DECEMBER / , 2003 |

### REPLY TO PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The purpose of this memorandum is to reply, briefly to plaintiff's Motion in Opposition to Defendants' Cross-Motion for Summary Judgment dated November 21, 2003 in the above case.

Plaintiff, in part, requests the Court to deny the defendants' Cross-motion for Summary Judgment in this case because it was filed after the deadline set in the Court's scheduling order dated April 3, 2002. However, on April 22, 2002, defendants requested an extension of time to 30 days following action on the pending Motion to Dismiss to file for Summary Judgment. That Motion for Extension of Time was granted. See Attachment A. The Motion to Dismiss is still pending. Accordingly, the defendants' Cross-motion is timely.

In all other respects, the defendants rely on their filings to date.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 1st day of December, 2003:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS BROWDY | PRISONER<br>CIVIL NO. 3:00CV1866 (CFD)(WIG) |
| V. | |
| BRIAN S. KARPE, ET AL. | APRIL 22, 2002 |

## MOTION FOR EXTENSION OF TIME

The defendants, Brian S. Karpe, et al., by and through their undersigned counsel, and pursuant to Local Rule 9(b) of the Rules of the United States District Court, respectfully move for a thirty day extension of time following action on the pending Motion to Dismiss within which to file an Answer and Motion for Summary Judgment in the above case, if necessary.

The additional time request is necessary because the Court has not yet acted on defendants' Motion to Dismiss Amended Complaint dated April 18, 2002.

This is the defendants' first Motion for Extension of Time related to this same time limitation in this same matter.

The undersigned is unable to contact the pro se inmate plaintiff in advance of this Motion to ascertain his position with respect to this Motion.

**WHEREFORE**, the defendants request a thirty day extension of time to file an Answer and Motion for Summary Judgment following decision on the pending Motion to Dismiss, if necessary.