UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 P 4:23

Thomas Beaudry                :    NO. 3:00CV1866 (CFD)
                              :
                              :
vs.                           :
                              :
Brian S. Kaatz, et al.        :    December 2, 2003

### Reply To Defendant's Reply To Plaintiff's Motion In Opposition To Defendants' Cross-Motion For Summary Judgment

The plaintiff's memorandum is a brief reply to defendant's reply in opposition to plaintiff's opposition to defendants' cross-motion for summary judgment in the above captioned case.

Defendants' arguendo to the deadline set in the court's scheduling order dated April 3, 2002 inter alia, the motion for extension of time to 30 days following action on the pending motion to dismiss and the motion to dismiss is still pending is misleading and made in bad faith.

two

The defendants' is very much aware that the motion dismiss referred to in their memorandum was denied March 28, 2003 and the defendants' elected to renewal of a motion to dismiss instead of a motion for summary judgment and seek to avoid the Court's scheduling order deadline by claiming the motion to dismiss is still pending. See Attachment A; Ruling and Order denied defendants' motion to dismiss.

Then the defendants' filed a motion for summary judgment in opposition to their own claim of extension of time 30 days following action on pending motion to dismiss and submitted an exhibit-motion for extension of time and miss-represented the facts of pleading, knowing the deadline set by the Court and moved to extend that deadline and then disregarded it under the pretense of nonfrivolous arguments for modification and reversal of existing law under Rule 16, Fed. R. Civ. P.

Therefore, according to the law under Fed. R. Civ. P. 16, the defendants' motion for summary judgment dismissed and enter summary judgment in favor of the plaintiff where defendants' arguency is unrepresented and is not properly before the Court.

# ATTACHMENT A

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS BROWDY          :
                       :   PRISONER
v.                     :   CASE NO. 3:00CV1866 (CFD)
                       :
BRIAN S. KARPE, et al. :

FILED
2003 MAR 28 P 4:56
US DISTRICT COURT
HARTFORD CT

## RULING AND ORDER

The plaintiff, Thomas Browdy, who is currently confined at the Northern Correctional Institution in Somers, Connecticut, brings this civil rights action pro se and in forma pauperis pursuant to 42 U.S.C. §§ 1983, 1985 and 1986 and the Americans with Disabilities Act ("ADA"). Pending are the defendants' motion to dismiss [Doc. #32] and the plaintiff's motion for injunctive relief [Docs. ##38-1, 38-2].

The defendants' motion to dismiss [Doc. #32] is DENIED, without prejudice to renewal following a supplemental briefing on the following issues. First, the defendants shall address the status of the criminal charge(s) that provide the basis for Browdy's claims in this case. Specifically, the defendants shall address the following: what Browdy was convicted of and when; whether Browdy's term of incarceration for such conviction(s) has been discharged; and when that term was discharged. The defendants shall also address the impact of the foregoing on its argument that Browdy's federal claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994). Finally, the defendants shall address what impact, if any, the Second Circuit's decision in Huang v. Johnson, 251 F3d 65 (2d Cir. 2001), has on this case.

The defendants may renew their motion to dismiss at the time they file their supplemental briefing on these issues. Browdy shall be permitted to respond within twenty-one days of the defendants' filing.

As to Browdy's motion for temporary restraining order and preliminary injunction [Docs. ##38-1, 38-2], Browdy claims that he is a defendant in a state criminal matter in the Connecticut Superior Court for the Judicial District of Hartford/New Britain at Hartford and that he is being represented by Attorney McGloklen, a member of the Connecticut Office of the Public Defender. He seeks an order restraining the Public Defender's Office from representing him in that criminal case because his claims against that office in the instant case create a conflict of interest.

In light of Browdy's representations that he has raised the same issues in his pending criminal case, the matter is before the Superior Court judge presiding over that criminal case, and the Superior Court judge has the authority to resolve the issues, the Court concludes that his request must be denied pursuant to the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37 (1971) and subsequent federal precedent. Accordingly, Browdy's motion for injunctive relief [Docs. ##38-1, 38-2] is DENIED.

SO ORDERED this 28th day of March 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE