UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS BROWDY | No. 3:00CV1866 (CFD) |
| vs | December 2, 2003 |
| BRIAN S. KARPE, et al | |

## Motion For Sanctions

The plaintiff hereby moves the Court pursuant to Rule 16(c) Fed. R. Civ. P to issue sanctions against defendants' representation to the Court in the above captioned case.

The defendants represented to the Court, a pleading for summary judgment, knowingly that a deadline set by a Court scheduling order under Rule 16(c) that prevented a pleading for summary judgment to be filed in the above captioned case.

The defendants represented to the Court under pretense in a reply motion dated December 1, 2003, the motion to dismiss is still

pending and referred to a motion dated April 22, 2002, where defendants requested an extension of time to 30 days following action on the pending motion to dismiss to file summary judgment.

There neither a motion to dismiss pending, the motion defendants is referring to been denied March 28, 2003, and the pending motion to dismiss on record action has yet to be acted on where an extension of time to 30 days following action on the pending motion as the defendants assert in their reply pleading opposing the plaintiffs motion in opposition to summary judgment.

The defendant's factual contentions is certifying to the best of their knowledged, information, and belief, formed after an inquiry reasonable under the circumstances is improper, and unnecessary delay where the defendants known that they were making misleading allegations to a trier of law under Rule 16(c) Fed. R. Civ. P.

Wherefore, the plaintiff request the Court respectfully to impose sanctions against the defendants in the above captioned case.

three

PLAINTIFF THOMAS BROWDY

By: _____
Thomas Browdy
287 Bilton Rd
Somers, Ct 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 2 day of December, 2003:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06071

_____
THOMAS BROWDY