UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 2: 42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Thomas Browdy        :   No. 3:00cv1866(CFD)(WIG)
                     :
vs.                  :
                     :
Brian S. Karpe, et al. :

## Motion To Amend

The plaintiff hereby moves the court for leave to amend pursuant Rule 15(c), Fed. R. Civ. P. a new claim that arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading. See, *Younger v. Chernovetz*, 792 F.Supp. 173, 176 (D. Conn. 1992).

Justice so requires, if the underlying facts or circumstances relied upon by the movant may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. See, 3 Moore Federal Practice, (2d ed.) paras. 15.08, 15.10.

Plaintiff pro se

By /s/ Thomas Browdy
Thomas Browdy
287 Bilton Rd.
Somers, Ct. 06071

two

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class on this 7 day of April, 2004.

Robert F. Vacchelli
Assistance Attorney General
110 Sherman St.
Hartford, Ct. 06105

*signature*
THOMAS BROWN