FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 14 P 12: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | APRIL 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Brian S. Karpe, et al., have manually filed the following documents:

- Attachments B, C and D to Defendants' Memorandum in Opposition to Plaintiff's Objections Dated March 23, 2004

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 13th day of April, 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

_____
Robert F. Vacchelli
Assistant Attorney General