UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | CIVIL NO. 3:00CV1866(CFD)(WIG) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | APRIL 20, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants, Brian S. Karpe, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including May 28, 2004, within which to file a response to plaintiff's Motion to Amend the complaint dated April 7, 2004, in the above captioned case.

The additional time is needed because counsel did not receive plaintiff's Motion until April 15, 2004 and is still in the process of collecting information necessary for the defense. This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including May 28, 2004, within which to file an answer or motion addressed to the complaint in the above captioned case.

        DEFENDANTS,
Brian Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:/s/ _____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 20th day of April, 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071


/s/_____
Robert F. Vacchelli
Assistant Attorney General