UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | CIVIL NO. 3:00CV1866(CFD)(WIG) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | JUNE 4, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants, Brian S. Karpe, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including July 9, 2004, within which to file a response to plaintiff's Cross Motion for Summary Judgment and Reply dated May 20, 2004, in the above captioned case.

The additional time is needed because the undersigned is still in the process of researching the legal issues raised by plaintiff's voluminous filing and preparing a response. This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including July 9, 2004, within which to file a response to plaintiff's Cross Motion for Summary Judgment and Reply dated May 20, 2004, in the above captioned case.

DEFENDANTS,
Brian Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 4th day of June, 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General