UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | JUNE 22, 2004 |

**DEFENDANTS' SECOND CROSS-MOTION FOR SUMMARY JUDGMENT**

The defendants, Brian Karpe, et al. by and through their undersigned counsel and pursuant to Rule 56, F.R.Civ.P., respectfully move the Court to render Summary Judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law because:

    A.    The request for injunctive relief is speculative.

    B.    The Eleventh Amendment bars this action against the defendants in their official capacities.

    C.    The State is not a "person" subject to liability under 42 U.S.C. § 1983.

    D.    Plaintiff has failed to allege that his conviction or sentence has been overturned, and cannot make any such allegation because plaintiff's habeas concerning the conviction was denied. Accordingly, this case should be dismissed under Heck v. Humphrey, the Rooker-Feldman Doctrine, and Collateral Estoppel.

    E.    The defendants were not acting under color of law.

**ORAL ARGUMENT NOT REQUESTED.**

      F.      There can be no allegation of personal participation by the defendant Smyth.

      G.      The amended complaint fails to state a claim upon which relief can be granted.

      H.      The defendants are protected by qualified immunity.

      I.      The Court should decline to exercise Supplemental Jurisdiction over the State law claims.

      J.      The State law claims are barred by sovereign immunity, Conn. Gen. Stat. § 4-165 and for failure to exhaust state administrative remedies.

      K.      The plaintiff has failed to perfect filing and service of the amended complaint.

      L.      Plaintiff should not be permitted to add his claim that he was incorrectly sentenced on March 23, 2000 due to undue delay, statute of limitations bar, and for failure to state a claim. Alternatively, judgment should enter in defendants' favor on the point.

In support thereof, the defendants submit the attached Statement of Material Facts, Transcripts and Exhibits.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 22nd day of June, 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General