UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | JUNE 22, 2004 |

### DEFENDANTS' SECOND LOCAL RULE 56(a)2 STATEMENT

The defendants, Brian Karpe, et al., submit the following in response to the plaintiff's Local Rule 56(a)1 Statement dated May 20, 2004 in the above captioned case:

**I.   AS TO PLAINTIFF'S STATEMENT:**

1. Plaintiff's paragraphs 1-4 and 7 are denied.

2. Paragraphs 5 and 6 are admitted.

**II.   MATERIAL FACTS IN DISPUTE**

The defendants dispute plaintiff's contentions that he was not properly represented by the defendant Karpe; that defendants denied plaintiff any rights under the Americans With Disabilities Act or any other rights alleged; or that the defendants acted wrongfully in any relevant regard alleged.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail:  robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 22nd day of June 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2