**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THOMAS BROWDY | : | PRISONER |
| | : | NO. 3:00CV1866(CFD) |
| VS. | : | |
| | : | |
| BRIAN S. KARPE, ET AL. | : | JUNE 22, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, Brian S. Karpe, et al., have manually filed the following documents:

- Attachments A through G to Memorandum in Opposition to Plaintiff's Second Cross-Motion for Summary Judgment and in Support of Defendants' Second Cross-Motion for Summary Judgment

- Exhibits A through H to Defendants' Second Local Rule 56(a)1 Statement

These documents have not been filed electronically because

[ X ] the documents cannot be converted to an electronic format
[  ] the electronic file size of the document exceeds 1.5 megabytes
[  ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Brian S. Karpe, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Federal Bar No. ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 22nd day of June, 2004:

Thomas Browdy, Inmate No. 68325
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General