UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -9 P 4:28
U.S. DISTRICT COURT
BRIDGEPORT

James Bemer                :    No. 3:00CV1866 (CFD)
                           :
vs.                        :
                           :
Brian S. Kudee, et al      :    July 6, 2004
                           :

PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The plaintiff submit the following in response to defendants' statement undisputed facts

AS TO DEFENDANT'S STATEMENT OF MATERIAL FACTS:

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

Two

6. Admit

7. Admit

8. Admit

9. Denied

10. Denied

11. Denied

12. Denied

13. Admit - Denied wherein plaintiff could have raised the same complaint.

MATERIAL FACTS IN DISPUTE
See, the plaintiff's MEMORANDUMS, MATERIAL FACTS - SECOND AMENDED COMPLAINT - CROSS MOTION FOR SUMMARY JUDGMENT in COURTS RECORD - PLEADINGS.

By /s/ James Brady
James Brady
287 Bolton Rd
Somers, Conn 06071

THREE

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 6th day of July, 2004.

Robert F. Vacchelli, AAG
110 Sherman St
Hartford, CT. 06105

Travis S. Browdy