UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS BROWDY
                                                                  PRISONER
    v.                                         CIVIL NO. 3:00CV1866 (CFD)

BRIAN S. KARPE
JOSEPH M. SHORTALL
GERARD A. SMYTH

## J U D G M E N T

This cause came on for consideration of the amended complaint, the defendants' Motion to Dismiss and Motion for Summary Judgment and the plaintiff's Motion for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge.

On March 13, 2002, the plaintiff withdrew all claims against Joseph Shortall by filing an amended complaint that did not list Joseph Shortall as a defendant. The Court has considered the motions for summary judgment and to dismiss and all the related papers. On September 21, 2004, the Court filed its Ruling granting the motion to dismiss the amended complaint as to all claims against defendants Smyth and Karpe and denying the motions for summary judgment as moot.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of September, 2004.

                                                          KEVIN F. ROWE, Clerk

                                                          By   /s/ Cynthia Earle
                                                             Cynthia Earle
                                                              Deputy Clerk

Entry on Docket _____