**FORM 1**

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

**FILED**

2004 OCT -1  P 12: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Thomas Barnes*

v.

*Brian S. Kidd, ET AL*

CIVIL CASE NO. *3:00CV1866(CFD)*

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), *Thomas Barnes*  hereby gives notice and
   <u>(appealing party)</u>
   appeals to the United States Court of Appeals for the Second Circuit from the following

   Judgment or Order (describe the Judgment or Order):

   *Granting motion to dismiss the complaint and*
   *motion for summary judgment is denied as moot*

2. The Judgment /Order in this action was entered on ___*9/24/04*___ .
   (date)

_____
Signature

*Thomas Barnes*
Print Name

*287 Bilton Rd*
*Somers, CT. 06071*
Address

*N/A*
Telephone Number

Date: ___*9/28/04*___

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).