# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: October 19, 2004        TO: Intake Clerk

FROM: Judith D. Fazekas

**FILED**

**CASE TITLE:**        BROWDY v. KARPE, ET AL        2004 OCT 25  P 12: 39

**DOCKET NO.:**        3:00CV1866(CFD)(WIG)        U.S. DISTRICT COURT
BRIDGEPORT, CT

**NOTICE OF APPEAL:**   filed: October 1, 2004

**APPEAL FROM:**        final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ____    Due ✓    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**    CJA ____    Retained ____    Pro Se ✓

**TIME STATUS:**    Timely ✓    Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____    Denied ____

**COA:**        Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Patricia Madley_  DATE: 10/20/04
DEPUTY CLERK, USCA

USCA No. _____.